UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case: 1:26-mj-00092 |
| | ) | Assigned To : Upadhyaya, Moxila A. |
| **v.** | ) | Assign. Date : 5/27/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| **DONALD HAUBRICK** | ) | |
| | ) | **UNDER SEAL** |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging DONALD HAUBRICK with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1).

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4.      I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My

tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5.　　The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.　　Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by DONALD HAUBRICK ("the Subject")

## PROBABLE CAUSE

7.　　Leading up to Tuesday, April 21, 2026, a Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Task Force Officer (TFO) was acting as an online covert employee (OCE) as part of the Metropolitan Police Department- Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington,

D.C. In that capacity, the OCE entered Fetlife, a social media platform known to the OCE as a place where people meet to discuss various fetishes among other things. The application is an internet-based social networking platform used by individuals with shared interests in alternative sexual lifestyles, including BDSM among other types of fetishes. Users create profiles often using pseudonyms and communicate through private messaging, group forums, and posts with the ability to share images and other digital content. A user on this application, using the screen name, "letseat6977," was subsequently identified as **DONALD HAUBRICK**. **HAUBRICK. HAUBRICK** is a member of over 40 groups within this platform with the majority of them incest related.

8.      While in Fetlife, the OCE posted a message in at least one of these groups indicating that he was a divorced father. On April 21, 2026, **HAUBRICK** initiated a private chat with the OCE within this fetish social media platform stating, "Son or daughter." The following is a portion of that chat between the OCE and **HAUBRICK**:

OCE: What age makes u cum the hardest

**HAUBRICK**: 12-16

OCE: hot! Same!

**HAUBRICK**: Fresh little bald pussy

**HAUBRICK**: Have a pic of her

OCE: Yeah but typically trade with dads that have similar

**HAUBRICK**: I do

**HAUBRICK**: Not my daughter but friends daughter

**HAUBRICK**: But not on here

OCE: what kind do you have and the youngest?

**HAUBRICK**: I have one that is 10 I'm grooming

**HAUBRICK**: Videos pics

9. The OCE provided his Wire[1] account screen name and began to communicate with **HAUBRICK** via Wire private messaging. **HAUBRICK** used the Wire screen name, @brick1026 with a display name of "Brickdaddy." **HAUBRICK** sent the OCE an image file depicting what appears to be a young female teen lying naked on a bed with her legs slightly spread. During the course of that chat the OCE informed **HAUBRICK** that he was the father of two girls ages 14 and 6. During the course of the chat **HAUBRICK** sent the OCE a video file. The video is one minute and 53 seconds in length and depicts a nude prepubescent female masturbating her vagina with her fingers and rubbing a stuffed animal on her vagina. **HAUBRICK** then sent another video file that is two minutes and 9 seconds in length. This video depicts the same prepubescent girl as described in the video above. In this video she is nude and rubbing the stuffed animal's tongue on her vagina.

10. During the course of the chat the OCE informed **HAUBRICK** that he is sexually active with his purported 6-year-old daughter. **HAUBRICK** responded, "mmm. Ever share her." **HAUBRICK** sent an image of an erect penis and stated, "Let her play with that." During the course of the chat **HAUBRICK** informed the OCE that he was 90 minutes away from Washington, D.C. and discussed with the OCE what sexual acts he wanted to perform on the

---

[1] Wire is a communications application that allows users to exchange encrypted text messages, voice communications, video calls, images, documents, and other digital media over the internet. The application is available on mobile devices, desktop computers, and web-based platforms. Wire utilizes end-to-end encryption technology designed to prevent unauthorized third parties from accessing the content of communications transmitted between users. In addition to one-on-one messaging, the application supports group chats, voice and video conferencing, file sharing, and the use of timed or disappearing messages. Users may create accounts using an email address or telephone number and can synchronize communications across multiple devices associated with the same account.

OCE's purported 6-year-old daughter. The sexual acts included oral sex on the 6-year-old and placing his penis between her legs. **HAUBRICK** further stated, "I want to video and take pics of me using your daughter." During the course of the chat **HAUBRICK** informed the OCE that he had sexual experience with a minor in the past. **HAUBRICK** stated that he met a mother in a park a year ago and molested her 4 year-old daughter at the mother's house. **HAUBRICK** informed the OCE that he no longer has contact with the mother as she moved but has pictures of the 4-year-old at his home.

11.     On Thursday April 23, 2026, **HAUBRICK** sent the OCE another video via the Wire application. The video is 15 seconds in length and depicts an adult female rubbing an infant's bare vagina with her fingers and licking the infant's bare vagina. During the course of the chat **HAUBRICK** informed the OCE that he works at a hospital stocking medical equipment. **HAUBRICK** made the following statement, "I was in the maternity ward and pediatric wards earlier. Can't have my phone out in those areas. Saw a little 5-6 yr old take her gown off."

During the course of the chat **HAUBRICK** agreed to meet the OCE at a prearranged location for the purpose of engaging in sexual acts with the OCE's purported daughter. However, a few days before the planned meet **HAUBRICK** informed the OCE that he was unavailable to meet due to a work obligation. On Sunday April 26, 2026, **HAUBRICK** sent the OCE image and video files with the Wire social media platform. The following are a description of what was sent:

- An image of a young teen lying on a couch shirtless
- An image depicting what appears to be an adult hand pulling down the panties of a prepubescent child exposing her vagina.

- An image of a what appears to be a prepubescent child touching her bare vagina. An a erect penis is visible near the child's face.

- A video file approximately 2 minutes and 8 seconds in length depicting a prepubescent child inserting a sex toy in her vagina and anus

- A video 34 seconds in length depicting a prepubescent female wearing green shorts. The child is seen masturbating her vagina over her shorts. Towards the end of the video an adult male is seen rubbing his hand on the child's vagina over the shorts.

- A video file four minutes and 25 seconds in length depicting a prepubescent child exposing and touching her bare vagina and exposing her bare anus.

.    12.    On April 21, 2026, a member of the FBI Child Exploitation Task Force served an administrative subpoena to FetLife for username "letseat6977". On April 21, 2026, Fetlife responded and provided subscriber information including phone number (302) XXX-7393, email address sailor_n_XXXX@yahoo.com, IP logs including Comcast IP address 73.86.66.183, and a former username "militarydaddy75". Fetlife also provided a partial phone number (443) XXX-X042.[2]  On April 23, 2026, a member of the Child Exploitation Task Force served an emergency disclosure request to Comcast for IP address 73.86.66.183 for April 17, 2026, at 11:51:42 UTC. On April 23, 2026, Comcast verbally provided the following subscriber information: Kirsten Fitzgerald, XXX North Tartan Drive, Elkton, Maryland 21921. An additional resident was identified at this residence, Donald Haubrick Jr., (YOB: 1978). The Elkton, Maryland address is consistent with **HAUBRICK**'s statement to the OCE that he was approximately 90 minutes outside of the District of Columbia. According to MVA and commercial database records, the address associated with **HAUBRICK** was consistent with the Elkton, Maryland address. The

---

[2] In the information Fetlife provide, the first digit of the last four digits of the phone number was redacted.

address listed on **HAUBRICK**'s driver's license is the Elkton, Maryland address. Additionally, HAUBRICK's Google billing address records listed the Elkton, Maryland address. The records also included an associated telephone number of 443-XXX-6042 and 302-XXX-7393. According to another commercial database, **HAUBRICK**, was formerly employed by the United States Navy, which appears consistent with email address sailor_n_XXXX@yahoo.com and the former Fetlife username, "militarydaddy75". According to the same commercial database, **HAUBRICK** has been linked to phone number (443) XXX-6042.

13.    For the reasons set forth above, I submit that probable cause exists to believe that on or about April 21, 2026, through April 26, 2026 while residing outside the District of Columbia, HAUBRICK knowingly distributed material involving the sexual exploitation of minors via the messaging application Wire into the District of Columbia, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1).  I respectfully request that a criminal complaint be issued for HAUBRICK.

Respectfully submitted,

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 and 41(d)(3) via telephone on May 27, 2026.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge